NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000792
18-MAR-2015
03:09 PM

NO. CAAP-12-0000792

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ANTHONY K. KEKONA, JR., Petitioner-Appellant,
vs.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. No. 12-1-0008(1))

ORDER DENYING PETITIONER-APPELLANT
ANTHONY K. KEKONA'S MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, and Leonard and Reifurth, JJ.)

Upon consideration of Petitioner-Appellant Anthony K. Kekona's "Motion for Reconsideration" of this court's Summary Disposition Order which was filed on March 13, 2015, and the record and files in this case,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, March 18, 2015.

Presiding Judge

On the motion:

Anthony K. Kekona
Petitioner-Appellant
Pro Se

Associate Judge

Associate Judge